UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.            Case No.: 1:18−cr−00048
Honorable John Z. Lee

Edward Bases, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

      MINUTE entry before the Honorable John Z. Lee: As to John Pacilio. Defendant Pacilios motion for leave to file a response to the amici briefs [183] is denied. Defendant did not object at the time that the amici curiae sought leave to file the briefs. Furthermore, Defendants have filed voluminous briefs with respect to the issues raised by Defendants' motion, and the Court has more than enough information as to them. If the Court believes it needs any additional briefing, it will request it. Motion to waive the appearance [185] is granted. No appearance is necessary on the motion. Motion for leave [183] is denied as to John Pacilio (2); Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.