# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Edward Bases, et al.

                Defendant.

Case No.: 1:18−cr−00048
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

    MINUTE entry before the Honorable John Z. Lee:As to Edward Bases, John Pacilio. The status hearing set for 10/30/19 is reset to 12/3/19 at 9:30 am. Time is excluded in the interests of justice from 10/30/19 through 12/3/19 pursuant to 18 U.S.C. 3161(h)(7)(A)−(B). Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.