UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD BASES and<br>JOHN PACILIO,<br><br>Defendants. | No. 18 CR 48<br><br>Judge John Z. Lee |

## MOTION TO WITHDRAW COUNSEL

The United States, by and through its undersigned counsel, respectfully moves the Court to withdraw Ankush Khardori as counsel for the United States in the above-captioned case. Mr. Khardhori no longer serves at the Department of Justice. The United States is represented in this case by the undersigned counsel.

Respectfully submitted,

ROBERT A. ZINK
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: */s/ Avi Perry*
Avi Perry, Assistant Chief
Scott Armstrong, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Telephone: (202) 616-4619
Email: avi.perry@usdoj.gov

Dated: March 6, 2020

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2020, I will cause the foregoing to be electronically field with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                          /s/ *Avi Perry*
                                          Avi Perry, Assistant Chief
                                          Criminal Division, Fraud Section
                                          U.S. Department of Justice