**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 18 CR 48 |
| | : | Judge John Z. Lee |
| v. | : | |
| EDWARD BASES and JOHN PACILIO, | : | |
| Defendants. | : | |

**DEFENDANT JOHN PACILIO'S**
**RULE 29 MOTION FOR A JUDGMENT OF ACQUITTAL**

Defendant John Pacilio, by and through his undersigned counsel, respectfully moves this Court for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. This motion is based upon the attached memorandum of law.

Dated: September 22, 2021

Respectfully submitted,

KOBRE & KIM LLP

By: /s/ David H. McGill
David H. McGill
111 West Jackson Blvd, 17th Floor
Chicago, IL 60604
(312) 429-5100
david.mcgill@kobrekim.com

Sean S. Buckley
Jonathan D. Cogan
Matthew I. Menchel
George Stamatopoulos

*Counsel for Defendant John Pacilio*